**Stradley, Ronon, Stevens & Young, LLP**
By: Ellen Rogoff, Esq.
457 Haddonfield Road, Suite 100
Cherry Hill, NJ  08002
Tel.: 856-432-1570; Fax: 856-321-2415
Email:  erogoff@stradley.com
Counsel for Defendant, Fidelity National Indemnity Insurance Company

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---------------------------------------------------------------

**CHARLES RUGGIERO and
DONNA JEAN RUGGIERO,**

                         **Plaintiffs,**

    **vs.**

**FIDELITY NATIONAL INDEMNITY
INSURANCE COMPANY,**

                        **Defendant.**

---------------------------------------------------------------

**CASE NO.: 1:14-cv-06504-RMB-JS**


**STIPULATION OF
DISMISSAL WITH
PREJUDICE**


It is hereby stipulated by and between counsel for Plaintiff and Defendant, pursuant to

Fed. R. Civ. P. 41(a)(1)(ii), that all claims are hereby DISMISSED WITH PREJUDICE, and

without costs.

This the 2nd day of November,  2015


By: /s/ Robert T. Trautmann
Robert T. Trautmann, Esq.
Merlin Law Group, PA
125 Half Mile Road, Ste. 200
Red Bank, NJ  07701
*Counsel for Plaintiff*

By: /s/ Ellen Rogoff
Ellen Rogoff, Esq.
Stradley, Ronon, Stevens & Young, LLP
2005 Market St., Ste.2600
Philadelphia, PA  19103
*Counsel for Defendant*

By: /s/ Erin E. Nulty
Erin E. Nulty Esquire
Clark & Fox
951 Haddonfield Road, Suite A-2B
Cherry Hill, NJ  08002
 Counsel for Defendant


SO ORDERED:

Renee Marie Bumb, U.S. District Court Judge